**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ABRAHAM AGUILAR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No.: **6:26-cv-00151** <br><br> **PLAINTIFF ABRAHAM AQUILAR'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Abraham Aguilar ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant Equifax Information Services, LLC with prejudice.

RESPECTFULLY SUBMITTED on June 9, 2026.

By: */s/ Landon Maxwell*
Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Abraham Aguilar*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Kristine Tanyag*